UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

---------------------------------------------------------------X
JON REZNIK, DIAN LATHAN, TIMOTHY, :
JOHNSON, and RANDALL JOHNSON, :
                                                              : Civil Action No.
                Plaintiffs, : 4:15-CV-648
                                                              :
     -against- :

HMS HOST USA, LLC and HOST :
INTERNATIONAL, INC., :
                                                              :
               Defendants. :
---------------------------------------------------------------X

## STIPULATION OF DISMISSAL

Plaintiffs Jon Reznik, Dian Lathan, Timothy Johnson, and Randall Johnson ("Plaintiffs") previously opted into the conditionally certified collective action *Stevens v. HMSHost Corp.*, No. 10-CV-3571 (ILG) (VVP).  After the *Stevens* court granted Defendants' motion for decertification, Plaintiffs brought the instant action.  Additional *Stevens* opt-ins have filed individual cases across the country.

Recently, the parties in *Stevens* agreed to a global settlement in principle.  The settlement will resolve, *inter alia*, this matter and all currently pending cases arising out of the *Stevens* case.

Plaintiffs and Defendants, HMS Host USA, LLC and Host International, Inc., do hereby stipulate that in light of the global settlement reached among the parties, this matter shall be dismissed without prejudice subject to court approval of the global settlement by the *Stevens* court, and in the event that approval is not obtained, subject to reinstatement in this Court.  The parties further stipulate and agree that should this case be reinstated, the statute of limitations period for each Plaintiff who reinstates his or her case will, subject to the toll of the statute of

Case: 4:15-cv-00648-CAS   Doc. #: 34   Filed: 01/27/16   Page: 2 of 2 PageID #: 792

limitations in place while said Plaintiffs were a member of the conditionally certified *Stevens* class, relate back to the date of the original filing of this action.

Respectfully submitted this 26th day of January, 2016

| | |
|---|---|
| By: /s/ Ryan Keane<br>Ryan A. Keane, #62112MO<br>**KEANE LAW LLC**<br>P.O. Box 16795<br>St. Louis, Missouri 63105<br>Tel: (314) 240-5278<br><br>Fran L. Rudich<br>Michael H. Reed<br>**KLAFTER OLSEN & LESSER LLP**<br>Two International Drive, Suite 350<br>Rye Brook, New York 10573<br>Tel: (914) 934-9200<br>Fax: (914) 934-9220<br><br>**ATTORNEYS FOR PLAINTIFFS** | By: /s/ John B. Lewis<br>John B. Lewis<br>Missouri Bar No. 22630<br>**BAKER & HOSTETLER LLP**<br>3200 PNC Center<br>1900 East Ninth Street<br>Cleveland, Ohio 44114-3485<br>Tel: (216) 621-0200<br>Fax: (216) 696-0740<br>jlewis@bakerlaw.com<br><br>Gregory V. Mersol<br>Jeffrey R. Vlasek<br>**BAKER & HOSTETLER LLP**<br>3200 PNC Center<br>1900 East Ninth Street<br>Cleveland, Ohio 44114-3485<br>Tel: (216) 621-0200<br>Fax: (216) 696-0740<br>gmersol@bakerlaw.com<br>jvlasek@bakerlaw.com<br><br>**ATTORNEYS FOR DEFENDANTS** |

IT IS SO ORDERED:

_____
Honorable Charles A. Shaw, U.S.D.J.

1/27/16

2